UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:09-cr-477-T-30TGW

JORGE L. CORTES

**FORFEITURE MONEY JUDGMENT**

THIS CAUSE comes before the Court on the Motion of the United States of America for Entry of a Forfeiture Money Judgment (Doc. 17) against defendant Jorge L. Cortes in the amount $40,000.00, which, at sentencing, will become a final judgment of forfeiture as to the defendant's interest in property subject to forfeiture.

The Court, being fully advised in the premises, hereby finds that the government has established that the defendant obtained proceeds in the amount of $40,000.00 as a result of the conspiracy, in violation of 18 U.S.C. § 1343, for which the defendant has been found guilty as charged in Count One of the Information.

The Court further finds that, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), the United States is entitled to a forfeiture money judgment in the amount of the proceeds of the defendant's offense of conviction. Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED** that the United States' motion (Doc. 17) is **GRANTED**.

IT IS FURTHER ORDERED that, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), the defendant is liable to the United States of America for a forfeiture money judgment in the amount of $40,000.00.

IT IS FURTHER ORDERED that, pursuant to the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), the United States may seek forfeiture of any of the defendant's property, as substitute assets, in satisfaction and up to the value of this money judgment.

The Court retains jurisdiction to enter any orders necessary for the forfeiture and disposition of any substitute assets, and to entertain any third party claims that may be asserted in those proceedings.

DONE and ORDERED in Tampa, Florida on March 15, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2009\09-cr-477.forfeiture.Cortez.wpd